UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KELLY E. FRENCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO.: |
| | ) |
| ROCHE DIAGNOSTICS CORPORATION, | ) 1:13-cv-0108 JMS-DML |
| | ) |
| Defendants. | ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, named-above, complains of act and omissions to act by the Defendant. In support of her Complaint and as cause of action against Defendant, Plaintiff respectfully submits the following:

### JURISDICTION

1. This suit is authorized and instituted pursuant to Americans with Disabilities Act (ADA) 42 U.S.C. Section 12101 et al., all as amended by the Civil Rights Act of 1991; 28 U.S.C. Sections 1331 and 1343.

2. Plaintiff filed a claim with the Equal Employment Opportunity Commission Hereinafter "EEOC" and she received a right to sue letter.

### PARTIES

3. Plaintiff is an African-American female citizen of the United States and she presently resides in the Southern District of Indiana and at all times relevant to this action has resided in the Southern District of Indiana.

4. Defendant is a corporation doing business in the State of Indiana in the Southern

District of Indiana and at all relevant times to this action has done business in the Southern District of Indiana.

## FACTS

5. Plaintiff began working for Defendant in March of 2008 as a Regulatory Consultant.

6. At all relevant times, Plaintiff met or exceeded Defendant's legitimate performance expectations.

7. Plaintiff suffers from LUPUS.

8. Plaintiff's condition has a substantial impact on several major life functions.

9. As a result of her condition, Plaintiff and her physician requested reasonable accommodations from Defendant.

10. Defendant failed or refused to provide Plaintiff with reasonable accommodations.

11. Despite Plaintiff's performance she was terminated.

12. Plaintiff was terminated due to her disability.

13. Plaintiff was terminated in retaliation for requesting reasonable accommodations and complaining about not receiving accommodations.

14. On or about November 17, 2011, Defendant emailed many of Plaintiff's work colleagues informing them that Plaintiff filed a EEOC charge of disability discrimination, many of whom have no work related contact with Plaintiff.

## COUNT I

15. Plaintiff incorporates by reference paragraphs 1 through 14.

16. As a result of Defendant failing to accommodate Plaintiff, it has violated the ADA 42 U.S.C. Section 12101 et al.

## COUNT II

17. Plaintiff incorporates by reference paragraphs 1 through 14.

18. As a result of Defendant terminating Plaintiff due to her disability, it has violated 42 U.S.C. Section 12101 et al.

## COUNT III

19. Plaintiff incorporates by reference paragraphs 1 through 14.

20. As a result of Defendant retaliating against Plaintiff for complaining about not receiving reasonable accommodations, it has violated 42 U.S.C. Section 12101 et al.

WHEREFORE, Plaintiff respectfully requests that the Court grant the following relief:

A. Reinstate Plaintiff into the position from which she was terminated and pay her front pay until it becomes available;

B. Award Plaintiff back pay, front pay and benefits lost;

C. Award Plaintiff compensatory damages for future pecuniary loss, emotional pain and Suffering, inconvenience, mental anguish, and loss of enjoyment of life;

D. Award Plaintiff punitive damages;

E. Award Plaintiff her costs in this action and reasonable attorney's fees;

F. Grant Plaintiff a permanent injunction enjoining Defendant from engaging in any Employment practice or policy which discriminates against Plaintiff on the basis her disability.

G. Grant Plaintiff any other relief which is allowable under the circumstances of this case.

Respectfully submitted,

HOWARD L. STEVENSON 17570-49
Attorney for Plaintiff

## REQUEST FOR JURY TRIAL

Comes now the Plaintiff and requests that this cause be tried by jury.

Respectfully submitted,

HOWARD L. STEVENSON 17570-49
Attorney for Plaintiff

Howard L. Stevenson
COLEMAN STEVENSON & MONTEL, LLP
9101 Wesleyan Road, Suite 100
Indianapolis, IN  46268
Telephone:  (317) 875-0400
Facsimile:  (317) 802-0900
Email:      hstevenson@csmlegal.com