UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KELLY E. FRENCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO.: 1:13-cv-0108-JMS-DML |
| | ) |
| ROCHE DIAGNOSTICS CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Kelly E. French, and Defendant, Roche Diagnostics Corporation, by counsel, hereby stipulate and agree to the dismissal of the above-captioned cause of action in its entirety, including claims that were brought or that could have been brought, with prejudice, and each party to bear its own costs and fees.

Respectfully submitted,

| | |
|---|---|
| *s/ Gregory A. Stowers* | *s/ Hannesson I. Murphy*_____ |
| Gregory A. Stowers | Kenneth J. Yerkes |
| **STOWERS & WEDDLE P.C.** | Hannesson I. Murphy |
| 626 North Illinois Street, Suite 201 | Peter T. Tschanz |
| Indianapolis, Indiana 46204 | **BARNES & THORNBURG LLP** |
| Telephone:    (317) 636-6320 | 11 South Meridian Street |
| Facsimile:    (317) 685-3900 | Indianapolis, Indiana  46204 |
| E-mail: gstowers@swh-law.com | Telephone:    (317) 236-1313 |
| | Facsimile:    (317) 231-7433 |
| Howard L. Stevenson | Email: ken.yerkes@btlaw.com |
| **COLEMAN STEVENSON & MONTEL, LLP** | hannesson.murphy@btlaw.com |
| 9101 Wesleyan Road, Suite 100 | peter.tschanz@btlaw.com |
| Indianapolis, Indiana 46268 | |
| Telephone:    (317) 955-1080 | *Attorneys for Defendant* |
| Facsimile:    (317) 944-3000 | |
| E-mail: hstevenson@cmslegal.com | |

*Attorneys for Plaintiff*

INDS02 DJA 1294749v1